No. 01–7019. SCHMITT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–7023. ENOS *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–7028. DOSS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7030. EDWARDS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 01–7037. MURPHY *v.* CIRCUIT COURT OF THE CITY OF ALEXANDRIA, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–7038. GILYARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7039. ROSALES FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7041. ARLT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7042. NICHOLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7045. TEMPELMAN ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–7047. GAMARRA-BETANCOURT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7048. HUTCHINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7049. HENDERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–7053. TATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.